**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-23-0000098**
**21-AUG-2024**
**10:30 AM**
**Dkt. 51 ORD**

NO. CAAP-23-0000098


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


DOUGLAS ENGINEERING PACIFIC, INC., and OHANA CONTROL SYSTEMS, INC., Petitioners-Appellants-Appellants,
v.
BUILDING BOARD OF APPEALS OF THE CITY AND COUNTY OF HONOLULU, Respondent-Appellee-Appellee,
and
DIRECTOR OF THE DEPARTMENT OF PLANNING AND PERMITTING, and the HONOLULU FIRE DEPARTMENT, Intervenors-Appellees-Appellees,


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-22-0000674)


ORDER GRANTING WITHDRAWAL OF COUNSEL
(By: Guidry, J.)

Upon consideration of the Notice of Disassociation

From Firm (**Notice of Disassociation**), filed August 20, 2024, by

Petitioners-Appellants-Appellants Douglas Engineering Pacific,

Inc. (**Douglas**), and Ohana Control Systems, Inc. (**Ohana**), which

the court construes as a motion to withdraw as counsel, under

Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rule 50(a), it appears that:

(1) Douglas and Ohana are represented in this appeal by attorneys with the Tsugawa Lau & Muzzi LLC law firm (**TLM**);

(2) Attorney Leila M. Rothwell (**Rothwell**) is no longer associated with TLM;

(3) Attorney Christopher J. Muzzi (**Muzzi**) will remain as counsel for Douglas and Ohana, and requests that this court remove Rothwell as attorney for Douglas and Ohana so that both paper and electronic notices to Rothwell in this matter shall be discontinued;

(4) HRAP Rule 50(a) provides, with respect to withdrawal, that an attorney moving to withdraw as counsel of record "must show that notice of the motion was given by service upon the attorney's client."  HRAP Rule 50(a); and

(5) The Certificate of Service signed by Muzzi certifies that both Douglas and Ohana were duly served with copies of the Notice of Disassociation at their last known addresses on August 20, 2024.

Therefore, IT IS HEREBY ORDERED that the Notice of Disassociation, construed as a motion to withdraw as counsel, is granted.

IT IS FURTHER ORDERED that the appellate clerk shall end Rothwell as a party to this appeal in the Judiciary Information Management System.

DATED:  Honolulu, Hawaiʻi, August 21, 2024.

/s/ Kimberly T. Guidry
Associate Judge